UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24225-JEM

HOWARD COHAN,

    Plaintiff,

vs.

36TH STREET HOSPITALITY, LLC
a Florida Limited Liability Company
d/b/a FAIRFIELD INN BY MARRIOTT

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, by and through the undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED December 13, 2023.

          By: **/s/ Gregory S. Sconzo**
          Gregory S. Sconzo, Esq.
          Florida Bar No.: 0105553
          Sconzo Law Office, P.A.
          3825 PGA Boulevard, Suite 207
          Palm Beach Gardens, FL 33410
          Telephone: (561) 729-0940
          Facsimile: (561) 491-9459
          Email: greg@sconzolawoffice.com
          Email: alexa@sconzolawoffice.com
          Attorney for Plaintiff

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Counsel, Vinay Sharma, Esq., at: vinay.sharma.legal@gmail.com.

                                          **/s/ Gregory S. Sconzo**
                                          **Gregory S. Sconzo, Esq.**